<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYRA L. CAMPBELL, | |
| Plaintiff, | |
| | Civil No. 10-4298 (GEB) |
| v. | |
| | **OPINION AND ORDER** |
| MARK KINMON, ET AL., | |
| Defendants. | |

**<u>BROWN, Chief Judge</u>**

Plaintiff Myra L. Campbell ("Campbell") filed a complaint on August 20, 2010, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

3. Campbell did not prepay $350.00; rather, she submitted an application to proceed in this matter *in forma pauperis* (IFP application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1-4.)

4. Having considered Campbell's IFP application, the Court concludes that Campbell has adequately established that her financial condition renders payment of the $350.00 filing fee a hardship.

Therefore, for the foregoing reasons;

IT IS THIS 26th day of August, 2010, hereby

ORDERED that Campbell's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Campbell's complaint.

          /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.